Form cscnodsc – ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                             Case No.: 14−11911−ABA
                             Chapter: 13
                             Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Waldemar Soto
    226 Fenimore Street
    Vineland, NJ 08360

Social Security No.:
    xxx−xx−5994

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 6, 2019
JAN: kaj

                                            Jeanne Naughton
                                            Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 14-11911-ABA
Waldemar Soto                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 06, 2019
                               Form ID: cscnodsc            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             +Waldemar Soto,    226 Fenimore Street,    Vineland, NJ 08360-3123
514507542     ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
               (address filed with court:     Bank Of America,    4161 Piedmont Pkwy,     Greensboro, NC   27410)
514507547      +Jacqulyn Bartleson,    24 Marlyn Drive,    Rio Grande, NJ 08242-1435
515420853     ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:     Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
514814860      NATIONSTAR MORTGAGE, LLC,     Attn: Bankruptcy Department,    PO Box 630267, Irving, TX 75063,
                With copy to WPR, BK Services,     2001 Western Ave #400, Seattle, WA 98121
516186490     +Nationstar Mortgage LLC,     Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway, Suite 302,
                Roseland, NJ 07068-1640
514507548      Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market Street, PO Box 112,
                Trenton, NJ  08625-0112
514507550     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:     State Of New Jersey,    Division Of Taxation, Bankruptcy Section,
                PO Box 245,    Trenton, NJ  08695-0245)
514507549     +Specialized Loan Servicing, LLC,     8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
516374248      WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE,    KML Law Group PC,    Sentry Office Plaza,
                216 Haddon Avenue, Suite 206,    Westmont, NJ 08108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
514507545     +E-mail/Text: cio.bncmail@irs.gov May 07 2019 00:02:04     Internal Revenue Service,
                1601 Market Street,    Philadelphia, PA 19103-2301
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Nationstar Mortgage LLC,    Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway,   Suite 302,
                Roseland, NJ 07068-1640
514507543*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:     Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
514507546*     Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                Springfield, NJ  07081-0744
514507544*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                           TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               Banc of America Alternative Loan Trust 2004-12 Mortgage Pass-Through Certificates, Series
               2004-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                              Form ID: cscnodsc        Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeanette F. Frankenberg    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR Banc of America Alternative Loan Trust 2004-12 Mortgage Pass-Through Certificates, Series 2004-12 cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR Banc of America Alternative Loan Trust 2004-12 Mortgage Pass-Through Certificates, Series 2004-12 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Seymour Wasserstrum    on behalf of Debtor Waldemar  Soto mylawyer7@aol.com, ecf@seymourlaw.net
          Sindi  Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR Banc of America Alternative Loan Trust 2004-12 Mortgage Pass-Through Certificates, Series 2004-12 smncina@rascrane.com

                                                                                                    TOTAL: 8

Case 14-11911-ABA    Doc 37    Filed 05/08/19    Entered 05/09/19 00:36:08    Desc Imaged
Certificate of Notice    Page 4 of 4